UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5487 CJC (MRW) | Date | September 22, 2016 |
|---|---|---|---|
| Title | Ayala v. Presiding Judge | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

    1.    The Court reviewed the City Attorney's submission regarding Petitioner Ayala's state court criminal cases. (Docket # 25.) The City Attorney informed the Court that Petitioner's cases – which included extended competency proceedings while Petitioner was incarcerated in pretrial detention – concluded in late August 2016.

    2.    With that information in hand, the Court reviewed the Inmate Locator database on the Los Angeles County Sheriff's website. That website indicates that Petitioner was released from custody on September 10. See attached printout.

    3.    This raises two potential case-ending problems for Petitioner. First, is his action moot? Petitioner sought habeas corpus relief from this Court based on his ongoing detention. If that detention is over (because of Petitioner's plea and the termination of his related probation violation matters), then he cannot maintain this action further. Bonneau v. United States, 503 F. App'x 544, (9th Cir. 2013) (affirming dismissal of inmate's petition; petitioner "fully served the custodial portion of the sentences he is attacking at the time he filed his habeas petition[.] Therefore, the district court could not grant him any effective relief."); Marcelo v. Cate, 459 F. App'x 668 (9th Cir. 2011) (inmate released on parole cannot obtain habeas relief in federal court).

    4.    Petitioner's second problem: if he's been released from custody, he hasn't updated his mailing address with the Court. Local Rule 41-6 requires a pro se litigant to maintain a current address with the Court. Failure to do so can lead to dismissal of the action. Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988) (dismissal of an action based on a litigant's failure to inform a district court of his or her address is reviewed for abuse of discretion); Hickman v. County of Butte, 586 F. App'x 285 (9th Cir. 2014) (same).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5487 CJC (MRW) | Date | September 22, 2016 |
|---|---|---|---|
| Title | Ayala v. Presiding Judge | | |

    5.    Petitioner is therefore directed to file a declaration informing the Court of his current status by no later than <u>October 11</u>. Failure to do so (or the return of the order as undeliverable by jail authorities if based on Petitioner's release from custody) will result in the dismissal of the action pursuant to Federal Rule of Civil Procedure 41.

### The Los Angeles County Sheriff's Department — Welcome to Inmate Information Center

[LASD HOME]   [BACK]

**(The information was current as of: 09/22/2016 08:24 PST)**

[Search For Another Inmate]   [Back To The Search Result]

Booking No.: 4665680    Last Name: AYALA    First Name: JOSE    Middle Name:

Sex: M    Race: B    Date Of Birth: 05/21/1977    Age: 38    Hair: BLK    Eyes: BRO    Height: 510    Weight: 150

Charge Level: M   (Misdemeanor)

## ARREST

| | | | |
|---|---|---|---|
| Arrest Date: 05/16/2016 | Arrest Time: 1200 | Arrest Agency: 5410 | Agency Description: LASD-LAC/USC MEDICAL CENTER JAIL WA |
| Date Booked: 05/16/2016 | Time Booked: 2101 | Booking Location: M72 MUNI DIV 72 | Location Description: CRT - LOS ANGELES |

## BAIL

Total Bail Amount: 0    Total Hold Bail Amount: 0.00    Grand Total: 0.00

## HOUSING LOCATION

Housing Location: -

Permanent Housing Assigned Date: 09/10/2016    Assigned Time: 1033    Visitor Status: 0

Facility:
Address:    City:

[Public Visiting Guidelines](#)

*For County facility visiting hours, Please call (213) 473-6080 at Inmate Information Center.*

## COURT

Next Court Code: B01    Next Court Date: 09/30/2016    Next Court Time: 0830    Next Court Case: E654081942

Court Name: BEV HILLS MUNI/SUP DEPT B01
Court Address: 9355 BURTON WAY    Court City: BEVERLY HILLSUPT

## RELEASE

Actual Release Date: 09/10/2016    Release Time: 1243

## CASE INFORMATION

| Case No. | Court Name | Court Address | Court City | Bail Amt. | Fine Amt. | Court Date | Sent. Date | Sent. Day(s) | Disp Code |
|---|---|---|---|---|---|---|---|---|---|
| ZM******** | | | | 0 | .00 | 08/26/2016 | | 0 | |
| 5P******** | LOS ANGELES MUNI CT DIV 40 | 210 W. TEMPLE STREET | LOS ANGELESUPT | 0 | .00 | 08/29/2016 | 08/29/2016 | 0 | PROB |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6C******** | LOS ANGELES MUNI CT DIV 40 | 210 W. TEMPLE STREET | LOS ANGELESUPT | 0 | .00 | 08/29/2016 | 08/29/2016 | 30 | SENT |
| 6M******** | LOS ANGELES MUNI CT DIV 65 | 1945 S. HILL STREET | LOS ANGELESUPT | 0 | .00 | 08/30/2016 | 08/30/2016 | 0 | TSER |
| E6******** | | | | 0 | .00 | 09/30/2016 | 09/10/2016 | 0 | CITE |
| E6******** | | | | 0 | .00 | 09/30/2016 | 09/10/2016 | 0 | CITE |
| E6******** | LOS ANGELES MUNI CT DIV 66 | 1945 S. HILL STREET | LOS ANGELESUPT | 0 | .00 | | 08/30/2016 | 0 | DISM |
| ZM******** | | | | 0 | .00 | | | 0 | |
| 13******** | LOS ANGELES MUNI CT DIV 66 | 1945 S. HILL STREET | LOS ANGELESUPT | 0 | .00 | | 08/30/2016 | 0 | DISM |
| ZM******** | | | | 0 | .00 | | | 0 | |
| D4******** | LOS ANGELES MUNI CT DIV 66 | 1945 S. HILL STREET | LOS ANGELESUPT | 0 | .00 | | 05/20/2016 | 0 | DISM |
| Click on specific Case No. for detailed information. | | | | | | | | | |